People v Everson (2025 NY Slip Op 04364)

People v Everson

2025 NY Slip Op 04364

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, GREENWOOD, AND KEANE, JJ.

505 KA 22-01656

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
TERRY J. EVERSON, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE, BANASIAK LAW OFFICE, PLLC (PIOTR BANASIAK OF COUNSEL), FOR DEFENDANT-APPELLANT.
WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (DAVID D. BASSETT OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Onondaga County (Gordon J. Cuffy, A.J.), rendered September 13, 2022. The judgment convicted defendant, upon a jury verdict, of burglary in the second degree and grand larceny in the fourth degree. 
It is hereby ORDERED that the judgment so appealed from is affirmed.
Same memorandum as in People v Everson ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
All concur except Ogden, J., who dissents and votes to reverse in accordance with the same dissenting memorandum as in People v Everson ([appeal No. 1] — AD3d — [July 25, 2025] [4th Dept 2025]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court